U.S District court
Eastern District court of New york
100 federal Plaza
Central Islip N.Y
11722-4449
HON SANDRA J. FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★   MAY 25 2007   ★
LONG ISLAND OFFICE

5/8/07

RE: KORNEGAY -vs- NYS
Docket # 07 CV 1399 (SJF)

DEAR HON. SANDRA J. FEUERSTEIN,

On may 7, 2007 I had a telephone confrence with HON E. Thomas Boyle, I may have made a mistake stateing that I was assaulted on may 18th 2007, I ment April 18th 2007. Im also Respectfully asking to Amend my complaint to Add The April 18th assault to my complaint In the Intrest of Justice. I fear for my life and future retaliation,

Respectfully submitted,

C.C Brian C. Mitchell
    P.o Box 6100
    Happauge N.y 11788

04A4712   Leon Kornegay

Leon Kornegay

18-18 Hazen Street
East Elmhurst N.Y
11370

