United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 24 2009 ★
LONG ISLAND OFFICE

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__09__ CV __4062__

indicated that this case is related to the following case(s):

05 cv 2706

07cv 2636

07cv1399